

400 Garden City Plaza
Garden City, NY 11530
Tel: 516.355.9696
Direct Tel: 516.355.9661
rpp@hornwright.com

February 3, 2026

Application granted.

SO ORDERED.

**Via ECF Only**
Honorable Ronnie Abrams
United States District Court Judge
United States District Court, Southern District NY
40 Foley Square
New York, New York 10007

Hon. Ronnie Abrams
February 4, 2026

Re.:     Assure Global, LLC v. The Vertical Collective, et al. 25-CV-08231 (RA)

Joint Request for Referral to Magistrate for Settlement Discussions

Joint Letter Motion for Extension of Time to Complete Fact Discovery

Dear Judge Abrams:

The parties jointly request that this matter be assigned to Magistrate Judge Ricardo for the purposes of settlement discussions, in accordance with Section 13 of the Case Management Plan.

In addition, the parties jointly move for an extension of time to complete fact discovery in this case. The current deadline is March 6, 2026. The parties respectfully request that this date be moved to June 18, 2026. Both parties consent to this extension. This is the first extension of the parties' deadline for completion of fact discovery.

Sincerely,

**HORN WRIGHT, LLP**
**Attorneys for Plaintiff**

By: /s/ Richard Pawelczyk

Richard Pawelczyk
400 Garden City Plaza, Suite 500
Garden City, New York 11530
Ph: 516-355-9696
rpp@hornwright.com

**SALT LAW GROUP**
**Attorneys for Defendants**

By: /s/ Neal Shechter

Neal Shechter
100 SW Main St, Ste 1025
Portland, OR 97204
Ph:  503-417-7777
Neal@SaltLawGroup.com