UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: _2/18/2026_ | |

ASSURE GLOBAL, LLC D/B/A WESHIELD,

Plaintiff,

-v-

THE VERTICAL COLLECTIVE LLC, ET AL.,

Defendants.

**ORDER**

25-CV-8231 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On February 18, 2026, the undersigned held a conference to address settlement procedures and scheduling a future settlement conference. By **February 25, 2026**, each party shall email an ex parte position statement to RicardoNYSDChambers@nysd.uscourts.gov, as well as their availability for a follow-up ex parte call.

**SO ORDERED.**

Dated: February 18, 2026
         New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1