UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASSURE GLOBAL, LLC D/B/A WESHIELD,

Plaintiff,

-v-

THE VERTICAL COLLECTIVE LLC, ET AL.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2026

**ORDER**

25-CV-8231 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned has spoken with each side regarding their settlement positions. Defendant The Vertical Collective LLC is directed to contact the undersigned's chambers via email with availability for another call by **March 12, 2026.**

**SO ORDERED.**

Dated: March 5, 2026
        New York, New York

Henry J. Ricardo
United States Magistrate Judge