UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASSURE GLOBAL, LLC D/B/A WESHIELD,

              Plaintiff,

           v.

THE VERTICAL COLLECTIVE LLC AND
KATHERINE ZABLOUDIL,

              Defendants.

No.  25-CV-8231 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the referral of this matter to Judge Ricardo for general pre-trial purposes, the conference scheduled for March 13, 2026 is hereby adjourned *sine die*.

SO ORDERED.

Dated:    March 6, 2026
          New York, New York

Ronnie Abrams
United States District Judge