UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASSURE GLOBAL, LLC D/B/A WESHIELD,

               Plaintiff,

        -v-

THE VERTICAL COLLECTIVE LLC, ET AL.,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2026

**ORDER**

25-CV-8231 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

     The parties are reminded that all fact and expert discovery is to be completed in this matter by **June 18, 2026.** ECF No. 14. In light of the June 18, 2026 deadline, the parties are directed to file a joint status report describing the progress of discovery, not settlement, by **May 1, 2026.**

**SO ORDERED.**

Dated: April 9, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge