UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2026
```

ASSURE GLOBAL, LLC D/B/A WESHIELD,

Plaintiff,

-v-

THE VERTICAL COLLECTIVE LLC, ET AL.,

Defendants.

**ORDER**

25-CV-8231 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion, ECF No. 35 (the "Letter Motion"), requesting to adjourn discovery deadlines.  The Letter Motion is **GRANTED**.

The May 1, 2026 deadline for the parties to submit a joint status report is adjourned to **July 30, 2026**.  The Court notes that this deadline is for the parties to file a joint status *report* regarding the progress of discovery; there will be no conference on July 30, 2026.  *See* ECF No. 34.

The June 18, 2026 deadline for the close of fact and expert discovery is adjourned to **September 16, 2026**.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 35 as **GRANTED**.

1

**SO ORDERED.**

Dated: April 16, 2026
      New York, New York

_____

Henry J. Ricardo
United States Magistrate Judge

2