UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSURE GLOBAL, LLC D/B/A "WESHIELD", <br><br> PLAINTIFF, <br><br> -AGAINST- <br><br> THE VERTICAL COLLECTIVE LLC AND KATHERINE ZABLOUDIL, <br><br> DEFENDANTS. | Case No.: 1:25-cv-08231-RA <br><br> **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS THE VERTICAL COLLECTIVE AND KATHERINE ZABLOUDIL** |

## MOTION

Pursuant to LR 1.4(b), Markowitz Herbold moves to withdraw as counsel of record for defendants The Vertical Collective and Katherine Zabloudil.

In connection with this Motion to Withdraw, the Court should allow defendants up to sixty days in which to obtain replacement counsel in the above-captioned matter.

This Motion to Withdraw is supported by the Declaration of Harry B. Wilson.

Defendants do not object to this motion.

## MEMORANDUM

Under Local Civil Rule 1.4(b), an attorney who has appeared for a party may be relieved only by order of the Court on a motion and affidavit showing satisfactory reasons for withdrawal, the status of the case, and whether counsel is asserting a retaining or charging lien.

Good cause exists for withdrawal. Professional considerations have arisen that require termination of counsel's representation of defendants. Counsel respectfully submits that this statement is sufficient under the circumstances. To the extent the Court believes further detail would be helpful, counsel requests leave to provide additional information in camera and under seal.

Fact discovery is ongoing and scheduled to conclude on June 18, 2026.  A motion to dismiss is pending and no trial date has been set.  Other than the June 18, 2026 discovery deadline, there are no pending deadlines.  Counsel has taken reasonable steps to avoid prejudice to defendants, including providing notice of this motion.

If the motion is granted, defendant Katherine Zabloudil may proceed either through newly retained counsel or pro se, subject to the Court's rules and orders.  If the motion is granted as to The Vertical Collective LLC, substitute counsel will be required, because an LLC may not appear pro se.  Counsel therefore requests that the Court direct The Vertical Collective LLC to obtain substitute counsel by a date set by the Court, but within at least sixty days.

Counsel does not assert any retaining lien or charging lien.

This motion is concurrently served on defendants and on all other parties required to be served, and proof of service on defendants will be filed on the docket in accordance with Local Civil Rule 1.4(b).

For those reasons, counsel respectfully asks that the Court enter an Order permitting Markowitz Herbold and the undersigned attorneys to withdraw as counsel of record for defendants.

## CONCLUSION

Based on the foregoing reasons, the undersigned respectfully requests that Markowitz Herbold be allowed to withdraw from further representing defendants, and that the Court allow defendants up to sixty days in which to obtain replacement counsel.

DATED: April 16, 2026.          MARKOWITZ HERBOLD PC


*s/ Harry B. Wilson*
Harry B. Wilson, NSB #5864483
HarryWilson@MarkowitzHerbold.com

2

605 3rd Avenue, Floor 16
New York, NY  10158
Telephone: (212) 909-2610

*Attorneys for Defendants*

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, I have made service of the foregoing **MOTION**

**TO WITHDRAW AS COUNSEL FOR DEFENDANTS THE VERTICAL COLLECTIVE**

**AND KATHERINE ZABLOUDIL** on the parties listed below in the manner indicated:

Richard Pawelczyk
Horn Wright, LLP
400 Garden City Plaza, Suite 500
Garden City, NY  11530
*Attorneys for Plaintiff*

☐  U.S. Mail
☐  Facsimile
☐  Hand Delivery
☐  Email: rpp@hornwright.com
☒  Electronically via USDC CM/ECF
system

I additionally certify that the following participant in the case is not a registered CM/ECF user, and that service on that participant will be accomplished by the following indicated method(s) on April 16, 2026:

Katherine Zabloudil, Registered Agent
143 S Cedros Avenue, Suite B102
Solana Beach, CA  92075
katherine@theverticalcollective.com

The Vertical Collective LLC
c/o Katherine Zabloudil, Registered Agent
143 S Cedros Avenue, Suite B102
Solana Beach, CA  92075
katherine@theverticalcollective.com

☒  by **emailing** full, true, and correct copies thereof to said participant to the email address noted above, which is the last known email address for said participant, on the date set forth below.

☒  by causing full, true and correct copies thereof to be **mailed** to the participants at the participants last-known office addresses listed above on the date set forth below.

DATED: April 16, 2026.

*s/ Harry B. Wilson*
Harry B. Wilson, OSB #077214
*Attorneys for Defendants*

2435062

4