UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASSURE GLOBAL, LLC D/B/A "WESHIELD",

PLAINTIFF,

-AGAINST-

THE VERTICAL COLLECTIVE LLC AND
KATHERINE ZABLOUDIL,

DEFENDANTS.

Case No.: 1:25-cv-08231-RA

**DECLARATION OF HARRY B.
WILSON IN SUPPORT OF MOTION
TO WITHDRAW AS COUNSEL
FOR DEFENDANTS THE
VERTICAL COLLECTIVE LLC
AND KATHERINE ZABLOUDIL**

---

I, Harry B. Wilson, declare under the penalty of perjury:

1.      I am a partner with Markowitz Herbold PC, attorneys of record for defendants.  I am a member of the New York State Bar, I am over 18 years of age and competent to testify to the information in this declaration.  I have personal knowledge of the facts set forth herein.  I make this declaration in support of the Motion to Withdraw as Counsel for Defendants the Vertical Collective and Katherine Zabloudil.

2.      I have conferred with defendant Katherine Zabloudil, who is also the sole member of defendant The Vertical Collective LLC, about this motion.  Defendants do not object to this motion.

3.      Professional considerations have arisen that require termination of counsel's representation of defendants.  Therefore, good and sufficient cause exists for the termination of the relationship between Markowitz Herbold and the defendants.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Executed April 16, 2026.

*s/ Harry B. Wilson*

Harry B. Wilson, NY # 5864483

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, I have made service of the foregoing

**DECLARATION OF HARRY B. WILSON IN SUPPORT OF MOTION TO WITHDRAW**

**AS COUNSEL FOR DEFENDANTS THE VERTICAL COLLECTIVE LLC AND**

**KATHERINE ZABLOUDIL** on the parties listed below in the manner indicated:

Richard Pawelczyk
Horn Wright, LLP
400 Garden City Plaza, Suite 500
Garden City, NY  11530
*Attorneys for Plaintiff*

☐ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Email: rpp@hornwright.com
☒ Electronically via USDC CM/ECF system

I additionally certify that the following participant in the case is not a registered CM/ECF user, and that service on that participant will be accomplished by the following indicated method(s) on April 16, 2026:

Katherine Zabloudil, Registered Agent
143 S Cedros Avenue, Suite B102
Solana Beach, CA  92075
katherine@theverticalcollective.com

The Vertical Collective LLC
c/o Katherine Zabloudil, Registered Agent
143 S Cedros Avenue, Suite B102
Solana Beach, CA  92075
katherine@theverticalcollective.com

☒ by **emailing** full, true, and correct copies thereof to said participant to the email address noted above, which is the last known email address for said participant, on the date set forth below.

☒ by causing full, true and correct copies thereof to be **mailed** to the participants at the participants last-known office addresses listed above on the date set forth below.

DATED: April 16, 2026.

*s/ Harry B. Wilson*
Harry B. Wilson, OSB #077214
*Attorneys for Defendants*

2435076