UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASSURE GLOBAL, LLC D/B/A WESHIELD,

Plaintiff,

-v-

THE VERTICAL COLLECTIVE LLC, ET AL.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/2026

**ORDER**

25-CV-8231 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Markowitz Herbold's Motion to Withdraw as Counsel for Defendants The Vertical Collective and Katherine Zabloudil (the "Clients"), ECF No. 41 (the "Motion"), as well as the Declaration of Harry B. Wilson in Support of the Motion, ECF No. 43. Any objections to the Motion by either the Plaintiff or the Clients shall be filed by **April 24, 2026**. Counsel for the Clients, who are not yet relieved of their obligations as counsel, are directed to send a copy of this order to the Clients and to file on the docket any objection to the Motion that the Clients wish to interpose. The Clients have no obligation to file an objection, but are advised that the Motion will likely be granted if there is no objection.

The undersigned will address the Motion at the telephone conference scheduled on **April 29, 2026** at **3:00 p.m.** Counsel and the Clients should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 964 695 123#). This conference might be canceled, and the Motion decided on the papers, if no objections are filed. The Clients are advised that, unless new counsel

1

appears first, Ms. Zabloudil will be required to file a *pro se* notice of appearance to ensure that she receives notices from the Court, but as a limited liability company The Vertical Collective cannot appear *pro se* and can only appear through counsel. *See Jacobs v. Pat. Enf't Fund, Inc.*, 230 F.3d 565, 568 (2d Cir. 2000). If no counsel appears for The Vertical Collective, it will be in default and Plaintiff may begin proceedings for entry of a default judgment against it.

**SO ORDERED.**

Dated: April 17, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

2