UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2026

ASSURE GLOBAL, LLC D/B/A WESHIELD,

        Plaintiff,

        -v-

THE VERTICAL COLLECTIVE LLC, ET AL.,

        Defendants.

**ORDER**

25-CV-8231 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Notice of Pro Se Appearance filed on behalf of Katherine Zabloudil, ECF No. 49 (the "Notice"). The Notice indicates that Ms. Zabloudil completed a Consent to Electronic Service Form (the "Consent Form"), however that form is not attached to the Notice. Ms. Zabloudil is directed to file the Consent Form if she wishes to receive electronic service of filings in this case.

Counsel from Salt Law or Markowitz Hebold is directed to provide Ms. Zabloudil with a copy of this order and to assist her with filing the Consent Form.

**SO ORDERED.**

Dated: May 1, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1