UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASSURE GLOBAL, LLC D/B/A WESHIELD,

                    Plaintiff,

         -v-

THE VERTICAL COLLECTIVE LLC, ET AL.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2026

**ORDER**

25-CV-8231 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    A conference was held on June 16, 2026 to discuss settlement procedures and scheduling a future settlement conference. The parties are directed to file a joint status letter by **July 16, 2026** stating whether or not they wish to continue this settlement process.

**SO ORDERED.**

Dated: June 16, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1