# Towns Law Firm

A Texas Professional Corporation

4851 Lyndon B Johnson Freeway, Suite 720
Dallas, Texas 75244
(t) 469.421.1500 | (f) 469.421.1505

Elizabeth H. Gebert

direct: 469.421.1509
email: egebert@townslawfirm.com

July 15, 2026

***Via electronic filing***
The Honorable Henry J. Ricardo
Magistrate Judge
Southern District of New York

Re:  **Joint Letter Regarding Status of Settlement Discussions** – *Assure Global, LLC dba WeShield v. The Vertical Collective LLC et al.*, Case No. 25-cv-8231-RA-HJR.

Judge Ricardo:

Following the June 16, 2026, status conference, the Court ordered the parties to file a joint letter by July 16, 2026, stating whether they wish to continue the settlement process. ECF No. 59.

It is the position of Defendants The Vertical Collective LLC and Katherine Zabloudil that further settlement discussions would not be productive at this time. Accordingly, the parties jointly submit this letter informing the Court that they do not wish to continue this settlement process.

The parties thank the Court for its time and attention given to the settlement discussions in this case.

Sincerely,

| | |
|---|---|
| **HORN WRIGHT, LLP** | **TOWNS LAW FIRM, P.C.** |
| **Attorneys for Plaintiff** | **Attorneys for Defendants** |
| | |
| */s/ Rich Pawelcyzk* (with permission) | */s/ Elizabeth H. Gebert* |
| | |
| Richard Pawelcyzk | Cody L. Towns and Elizabeth H. Gebert |
| 400 Garden City Plaza, Suite 500 | 4851 Lyndon B. Johnson Fwy., Suite 720 |
| Garden City, New York | Dallas, Texas 75244 |
| Telephone: 516-355-9696 | Telephone: (469) 421-1500 |
| rpp@hornwright.com | ctowns@townslawfirm.com |
| | egebert@townslawfirm.com |