UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/2026

ASSURE GLOBAL, LLC D/B/A WESHIELD,

                Plaintiff,

        -v-

THE VERTICAL COLLECTIVE LLC, ET AL.,

                Defendants.

**ORDER**

25-CV-8231 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint letter stating that they do not wish to continue the settlement process. ECF No. 60. In light of the letter, no further conferences regarding settlement will be scheduled at this time. If the parties wish to resume the settlement process at a later date, they should file a letter motion on the docket.

**SO ORDERED.**

Dated: July 16, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge