UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASSURE GLOBAL d/b/a WESHIELD,

Plaintiff,

v.

THE VERTICAL COLLECTIVE LLC and KATHERINE ZABLOUDIL,

Defendants.

25-CV-8231 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Oral argument will be held on the pending motion to dismiss, Dkt. No. 9, on October 7, 2026 at 3:00 p.m. By October 2, 2026, the parties shall advise the Court if they prefer for the argument to be held in person or via videoconference.

SO ORDERED.

Dated: September 30, 2026
New York, New York

Ronnie Abrams
United States District Judge