# Horn Wright LLP

400 Garden City Plaza
Garden City, NY 11530
Tel: 516.355.9696
Direct Tel: 516.355.9661
rpp@hornwright.com

October 20, 2026

**Via ECF Only**
Honorable Ronnie Abrams
United States District Court Judge
United States District Court, Southern District NY
40 Foley Square
New York, New York 10007

Re.: Assure Global, LLC v. The Vertical Collective, et al. 25-CV-08231 (RA)

Dear Judge Abrams:

I submit this letter in response to Defendant's letter to the Court regarding jurisdiction, dated October 14, 2026.

Whereas $2,000,000 worth of goods were sent by Defendants to New York, all of the goods for which Plaintiff paid Defendants, and which constitute the subject matter of this action, are reflected on the purchase orders that clearly indicate New York as the forum for legal disputes. (Exhibit 6 to the Complaint.). As reinforced during oral argument on October 7, 2026, there were nine separate purchase orders, over a five month period, all of which contain the conspicuous New York forum language, in large font, on the two and a half page document.

Moreover, all of the agreements and circumstances between the parties point to New York as to only plausible jurisdiction. Due process would in fact prohibit this case from being heard in any *other* jurisdiction.

Further, this Court should maintain jurisdiction over all parties and all dealings set forth in the Complaint. As reinforced during oral argument, Plaintiff has properly stated a cause of action for pierced corporate veil as against the individual Defendant Katherine Zabloudil. There is no legal basis to scatter the proceedings across disparate courts, nor is there any other jurisdiction that would satisfy long arm criteria or due process.

Sincerely,

**Horn Wright, LLP**
**Attorneys for Plaintiff**
By: /s/ Richard Pawelczyk
Richard Pawelczyk
400 Garden City Plaza, Suite 500
Garden City, New York 11530
Phone: 516-355-9661
rpp@hornwright.com