UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSURE GLOBAL, LLC d/b/a WeShield,<br><br>Plaintiff,<br><br>v.<br><br>THE VERTICAL COLLECTIVE LLC and KATHERINE ZABLOUDIL,<br><br>Defendants. | 25-CV-8231 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court finds, in light of the jurisdictional issues discussed at the hearing held on October 7, 2026, that jurisdictional discovery may be necessary to resolve Defendants' pending motion to dismiss. The online group chat excerpts attached to the Complaint, Dkt. 1, Exs. 1, 7, 8, and the purchase orders and invoices attached to the Complaint, Exs. 3, 4, do not appear to supply a complete reflection of the terms of the relevant transaction or transactions giving rise to Plaintiff's claims. Accordingly, no later than November 16, 2026, the parties shall meet and confer and submit a joint letter proposing discovery on evidence relevant to the terms of the relevant transaction(s), including the identities of negotiating agents for Plaintiff and Defendants, where such agents were located when they negotiated the transaction(s), any further relevant excerpts of written communications regarding the transaction(s), any discussions that occurred between the parties regarding terms included in the purchase orders and invoices (including any forum-selection clauses), inspection or activation of drone products in New York, and any other discovery

that would be helpful to the Court in determining jurisdiction.

SO ORDERED.

Dated: November 2, 2026
New York, New York

Ronnie Abrams
United States District Judge