# Towns Law Firm

A Texas Professional Corporation
4851 Lyndon B Johnson Freeway, Suite 720
Dallas, Texas 75244
(t) 469.421.1500 | (f) 469.421.1505

Elizabeth H. Gebert
direct: 469.421.1509
email: egebert@townslawfirm.com


November 13, 2026

***Via ECF***
The Honorable Ronnie Abrams
Southern District of New York

Re: **Joint Letter Proposing Discovery** – *Assure Global, LLC dba WeShield v. The Vertical Collective LLC et al.*, Case No. 25-cv-08231.

Judge Abrams:

This letter, submitted jointly by the parties, serves to propose discovery in accordance with the Court's November 2, 2026, order. Dkt. 75. The parties propose discovery as follows:

- By November 30, 2026, the parties will exchange written discovery on evidence relevant to the terms of the relevant transaction(s), including: (i) the identities of negotiating agents for Plaintiff and Defendants; (ii) where such agents were located when they negotiated the transaction(s); (iii) any further relevant excerpts of written communications regarding the transaction(s) to the extent not already produced; (iv) any discussions that occurred between the parties regarding terms included in the purchase orders and invoices (including any forum-selection clauses); (v) inspection or activation of drones and drone products in New York; and (vi) any other discovery that would be helpful to the Court in determining jurisdiction.

- Discovery responses will be due within thirty (30) days of service of the requests.

- The parties are subject to the following limitations:
  - Thirty requests for production.
  - Twenty interrogatories.

- Plaintiff will sit for deposition in New York, New York. The deposition will be limited to seven hours. The deposition will not be limited to jurisdictional issues. The parties agree that the deposition will take place sometime in January or February 2027.

- Defendants will sit for deposition in New York, New York. The deposition will be limited to seven hours. The deposition will not be limited to jurisdictional issues. The parties agree that the deposition will take place sometime in January or February 2027.

The parties respectfully ask the Court to extend the discovery period, which currently closes on November 16, 2026, to March 1, 2027, to facilitate the additional discovery.

Respectfully submitted:

*/s/ Rich Pawelczyk* (with permission)
Rich Pawelczyk
Counsel for Plaintiff

*/s/ Elizabeth H. Gebert*
Elizabeth Gebert
Counsel for Defendants

Application granted. Defendants' motion to dismiss is denied without prejudice to renewal following jurisdictional discovery. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 9.

SO ORDERED.

Hon. Ronnie Abrams
November 16, 2026